IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANI VAELUAGA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security<br>Administration,<br><br>　　　　Defendant. | CIVIL NO. 22-00148 JAO-WRP<br><br><br>ORDER ADOPTING MAGISTRATE<br>JUDGE'S FINDINGS AND<br>RECOMMENDATIONS (ECF NO. 39) |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATIONS (ECF No. 39)

Findings and Recommendation having been filed and served on all parties on

July 14, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and

Recommendation to Grant Plaintiff's Counsel's Request for Authorization to

Charge a Reasonable Fee, ECF No. 39, are adopted as the opinion and order of the

Court.

///

///

///

///

IT IS SO ORDERED.

DATED: August 1, 2025, Honolulu, Hawai'i



Jill A. Otake
United States District Judge